PHILLIP A. TALBERT
Acting United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED**

**FILED**

NOV 20 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN RE: SEARCH WARRANT AUTHORIZED TO SEARCH: Sealed envelope sent by H.L. and addressed to "I.R.S." at PO Box 107, located at The UPS Store, 700 Van Ness Avenue Suite 120, Fresno, CA 93721-2912 | CASE NO. 1:17-SW-00363 SKO<br><br>SEALING ORDER<br><br>**UNDER SEAL** |
|---|---|

The United States having applied to this Court for an order permitting it to file under seal the search warrant, search warrant application and affidavit, and its application to seal in the above-captioned proceedings, and good cause appearing thereof,

IT IS SO ORDERED, that the search warrant, search warrant application and affidavit, application to seal and this Order in the above-entitled proceedings, shall remain <u>under seal</u> and shall not be disclosed pending further order of this Court.

Dated: November 17, 2017

_____
SHEILA K. OBERTO
United States Magistrate Judge

SEALING ORDER                    1